IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>ONE (1) IPHONE 5s AND $368.00 IN U.S. CURRENCY,<br><br>    Defendant. | Civil No. 16-3013 (SEC) |

## DEFAULT JUDGMENT

On November 23, 2016, the United States of America filed a verified complaint for forfeiture in rem (ECF No. 1) against the defendant property. On December 20, 2016, service of process was executed to potential claimant Melvin Caballero-Fuentes through his attorney Carlos Vázquez. Service of process was also executed as to potential claimant Melvin Caballero-Fuentes via certified mail on January 9, 2017. Notice of the forfeiture was also published for thirty (30) consecutive days, starting on February 8, 2017, in an official government forfeiture website (www.forfeiture.gov), as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions.

More than 60 days have passed since the first day of publication in the official website and to date, no claimants have come forward to stake a claim for the defendant property pursuant to Supplemental Rule G(5)(a)(ii).

The United States has moved for a default decree of forfeiture because no claim has been filed within the time allotted by Supplemental Rule G(5)(a)(ii). The Court has reviewed the record and has concluded that any claims filed today or in the future are time-barred.

Therefore, the Court enters judgment in favor of the United States and against the defendant property. The defendant property, One (1) IPhone 5s and $368.00 in U.S. currency is forfeited and disposed of according to law by the United States Immigration and Customs Enforcement-Homeland Security Investigations (ICE-HSI).

The Clerk of the Court shall issue copies of this Default Judgment to counsel of record, Myriam Y. Fernández-González, Assistant United States Attorney, Deputy Chief, Financial Fraud and Corruption Unit, and ICE-HSI.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 4th day of May, 2017.

*s/ Salvador E. Casellas*
SALVADOR E. CASELLAS
U.S. Senior District Judge